624

Erma Templeman, appellant, v. U. G. Usher and Nick Kish, appellees. Gen. No. 8,970.

Opinion filed June 3, 1936.
Rehearing denied October 6, 1936.

T. W. Hoopes and J. W. Templeman, for appellant. Gerald G. Ginnaven, for appellees.

Mr. Justice Fulton delivered the opinion of the court.

Elizabeth Bailey, appellant, v. H. B. Keck, appellee. Gen. No. 8,993.

Opinion filed June 3, 1936.

J. W. Templeman, for appellant. Trapp & Trapp and Robert R. Humphrey, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Minnie Osborn, appellee, v. Charles H. Albers, appellant. Gen. No. 8,968.

Opinion filed October 9, 1936.

Wirt Herrick and O. R. Middleton, for appellant. Frank Lindley and Kennedy & Kennedy, for appellee.

Mr. Justice Fulton delivered the opinion of the court.